BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:   702 747-3103
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF, NEVADA**

| | |
|---|---|
| ERIC CHRISTENSEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FORD, an individual; ANNIVERSARY MINING CLAIMS LLC, a Nevada limited liability company,<br><br>Defendants | Case No.  2:20-cv-00403-JAD-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO REMAND**<br>**(FIRST REQUEST)**<br><br>**ORDER** |

**COMES NOW,** Plaintiff and Defendants by and through their respective   attorney of records  hereby stipulate and agrees as follows;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants' response to Plaintiff's Motion to Remand is due on April 9, 2020. The parties have agreed to allow the Defendants until April 13, 2020 to file the response. Defendants counsel requires the additional time due to commitments and delays caused by the Coronavirus, and the requirements of social distancing. This is the parties' first request.

| | |
|---|---|
| **ALVERSON, TAYLOR & SANDERS** | **LAW OFFICES OF BYRON THOMAS** |
| /s/ Adam R. Knecht, Esq. | /s/ Byron E. Thomas, Esq. |
| Kurt R. Bonds, Esq.,<br>Bar # 6228<br>Adam R. Knecht, Esq.<br>Bar # 13166<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas Nevada 89149 | Byron E. Thomas, Esq.<br>Bar # 8906<br>3275 S. Jones Blvd. Ste. 104<br>Las Vegas, NV 89146 |
| Attorneys for Plaintiff | *Attorney for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 9, 2020.