1  **SAO**
   BYRON E. THOMAS, ESQ. (NBN 8906)
2  E-mail: byronthomaslaw@gmail.com
   LAW OFFICES OF BYRON THOMAS
3  3275 S. Jones Blvd, Ste 104
   Las Vegas, Nevada 89146
4  Telephone:    702 747-3103
   *Attorneys for Defendants*

5

6                    **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF, NEVADA**

8  ERIC CHRISTENSEN, an individual          Case No.  2:20-cv-00403-JAD-DJA

9   Plaintiff,                              **STIPULATION TO EXTEND DEADLINE
                                            TO FILE RESPONSE TO MOTION TO
10  vs.                                          REMAND
                                              (SECOND REQUEST)**
11  ROBERT      FORD,      an    individual;
    ANNIVERSARY  MINING  CLAIMS  LLC,  a
12  Nevada limited liability company,

13  Defendants

14
            **COMES NOW,** Plaintiff and Defendants by and through their respective    attorney of
15
    record  hereby stipulate and agrees as follows;
16
    / / /
17
    / / /
18
    / / /
19
    / / /
20
    / / /
21
    / / /
22
    / / /
23
    / / /
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28

Defendants' response to Plaintiff's Motion to Remand was originally due on April 9, 2020. The parties agreed to extend the response deadline to April 13, 2020, because of Defendants' counsel requiring additional time due to commitments and delays caused by the Coronavirus, and the requirements of social distancing. The Court approved the extension.

At the time Defendants' counsel proposed the stipulation he believed that the commitments and delays caused by the Coronavirus, and the requirements of social distancing would abate. However, they have not. Therefore this second request is necessary.

The parties have agreed to that Defendant's response will be due April 17, 2020. Plaintiff Eric Christensen will have until April 21, 2020 to file a reply to Defendants' Opposition to Plaintiff's Motion for Remand. Furthermore, the Parties wish to that the hearing currently set for April 27, 2020 at 3:45 pm on Plaintiff's Motion for Remand not be continued.

| | |
|---|---|
| **ALVERSON, TAYLOR & SANDERS** | **LAW OFFICES OF BYRON THOMAS** |
| | |
| /s/ Adam R. Knecht, Esq. | /s/ Byron E. Thomas, Esq. |
| _____ | _____ |
| Kurt R. Bonds, Esq., | Byron E. Thomas, Esq. |
| Bar # 6228 | Bar # 8906 |
| Adam R. Knecht, Esq. | 3275 S. Jones Blvd. Ste. 104 |
| Bar # 13166 | Las Vegas, NV 89146 |
| 6605 Grand Montecito Parkway | |
| Suite 200 | |
| Las Vegas Nevada 89149 | Attorney for Defendants |
| | |
| Attorneys for Plaintiff | |

**IT IS SO ORDERED.**

_____

United States District Judge
Dated: April 14, 2020.