# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Eric Christensen,

    Plaintiff

v.

Robert Ford and Anniversary Mining Claims, LLC,

    Defendants

Case No.: 2:20-cv-00403-JAD-DJA

**Remand Order**

[ECF No. 4]

Eric Christensen filed this action based entirely on state-law claims in Nevada State Court. Defendants removed this case to this court based on federal-question jurisdiction.[1] Arguing that the purported federal question is not substantial, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 4] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 4, Case No. A-19-801060-C,** and CLOSE THIS CASE.

Dated: April 27, 2020

                                                   U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 4.